Form 4

# In The United States District Court
## Northern District of Iowa

RECEIVED NOV 12 2020

RECEIVED
NOV 16 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JAMES Tyson Sr. )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the
Plaintiff or Plaintiffs in this action.)

vs.

STEPHANIE M. Rose )
_____ )
_____ )
_____ )
(Enter above the full name of the
Defendant or Defendants in this
action, if known.)

JAMES Charles Tyson Sr.

COMPLAINT against

STEPhanie M. Rose

4:17 cv 00135 SMR

---

(NOTE: if there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below foe each plaintiff, by name.)

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      Involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is YES, please answer the questions 1 thru 7. (If there is more than one lawsuit,
      describe the additional lawsuits on another sheet of paper using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs _____

         Defendants _____

      2. Court (if federal court, name the district; if state court, name the county) _____

      3. Docket number _____

4. Name of judge whom case was assigned _____

5. Disposition, if known (For example: was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement _____

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

B. Did you present the fact relating to your complaint in the state prisoner grievance procedure? Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? _____

2. What was the results? _____

D. If your answer is No, explain why not _____

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second bank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff JAMES CHARLES TYSON Sr.
   Address 406 NORTH HIGH ST., Anamosa, IA. 52205

B. Additional Plaintiffs _____
_____
_____

In item C below, place the full name of the defendant in the first blank, his official position in the second blank. Use item D for the name, positions, and places of employment of any additional defendants.

C. Defendant STEPHANIE M. ROSE _____ is employed as Honorable Justice at Department of Justice Iowa State Haws Bldg.

D. Additional Defendant(s) are/is employed as _____
_____ at _____
_____
_____

IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (a) (3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of this complaint.

V. State of Claim

State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.

STEPHANIE M. ROSE did not search all the facts due to case 4:17 CV 00135 SMK which got me a denial of Habeas Corpus she also state my grounds of voluntary intoxication and diminished capacity were not good enough grounds for a new trial she also denied my 2nd Habeas of exhaustion of new grounds which I find that she is ineffective as a judge

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want a fair jury trial or my award money of 4 million dollars
I've been dealing with Stephanie M. Rose since 4/25/2017

United States District Clerk

Federal District Judge

The Honorable Stephanie M. Rose shall propose Amendments
To valid the Constitution for ratification
not to infringe The first Article of THE Constitution
The 1st and 4th clause 9th section
see cases

Saenz vs. Roe (1999)

Lambert vs. Yellowley (1926)

Oklahoma vs. United States Civil Service Com. (1947)

Kimel vs. Florida Board of Regents (2000)

Strickland vs. Commissioner Me. Dep't of Human Servs. (1995)

according to Rule 22(b)

I would like to commence suit against THE STATE OF IOWA Judicial Branch of government
In violation of my 6th, 8th, and Amendment 14th section one
concerning case 4:17 cv 00135 SMR 18-3299 under The Civil Rights Act of March 1st 1875
The 5ive cases which were heard in The Federal Courts of Kansas, District of Columbia, Missouri, New York, and Tennessee
see United States vs. Shubert
  Rogers M. Cartage Co. vs. Reynolds
  Osborne vs. Purdome

if THE is a form could you send to me to fill out or could it be filled out By clerk
Thank you for your time and Concern

Sincerely,

James Charles Tyson Sr.

<u>and I'm asking for court to rule in my favor</u>
<u>as it sees just</u>

VII. Statement Regarding Assistance in Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? YES ( ) NO (✓)

    B. If your answer is YES, name the person who assisted you.

    C. Signature of person who helped you prepare complaint

    _____      _____
    (Date)      (Signature)

VIII. Signature(s) of Plaintiff(s)

Signed this __7th__ day of __NOVEMBER__, 20__20__.

_James Charles Tyson Sr._
(Signature)

Signatures of additional Plaintiffs, if any:

Notice: This correspondence was mailed from an Institution of the Iowa Department of Corrections
JAMES TYSON    #1035241
Anamosa State Penitentiary
406 N. High Street
Anamosa, IA 52205

CEDAR RAPIDS IA 522
10 NOV 2020 PM 1 L
11-10cv

United States District Clerk
111 7th Avenue SE. Box 12
Cedar Rapids, IA. 52401-2101

10 NOV 2020PM 1 L
CEDAR RAPIDS IA 522
52401-210312



FOREVER

MAILED FROM ZIP CODE 52205
NOV 10 2020
$ 000.10⁰
PITNEY BOWES

CLERK, U.S. DISTRICT COURT
111 SEVENTH AVENUE SE, BOX 12
CEDAR RAPIDS, IOWA 52401-2101
OFFICIAL BUSINESS



U.S. POSTAGE
ZIP 52401
02 4W
0000373383

**RECEIVED**
NOV 1 6 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
123 East Walnut Street
Suite 300
Des Moines, IA 50309

**RECEIVE**
NOV 1 6 2020
CLERK U.S. DISTRICT COU
SOUTHERN DISTRICT OF IO